UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:14-00003 |
| | ) | CHIEF JUDGE HAYNES |
| LATISHA COCHRAN | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO RESET PLEA HEARING

The United States of America, by Assistant United States Attorney William F. Abely, respectfully moves the Court to reset the plea hearing in the above-styled case currently set for September 22, 2014 at 1:30 p.m. to the morning of September 22, September 29, or another date convenient for the Court.

In support of this motion, the Government submits that the undersigned attorney is scheduled to be traveling at the time of the scheduled hearing and has consulted with the attorney for the defendant, who does not oppose this motion. Both the undersigned attorney and attorney for the defendant are available on the morning of September 22, 2014 or on September 29, 2014.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: s/William F. Abely
WILLIAM F. ABELY
Assistant U. S. Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

[Handwritten annotations on page, appearing to be a judge's order: "Granted. The motion to reset the plea hearing is granted. Reset for September 22, 2014 at 10:00 am." with initials and date "9-12-14"]